FILED

2017 FEB -3 PM 3:07

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. EP-17-CR-075-DCG |
| JOSE GUADALUPE TORRES-MAGANA (1), PATRICIA TORRES (2), ALFONSO GOVEA (3), | § § § § § | |
| Defendants. | § § § | |

## AGREED PROTECTIVE ORDER

On this date came on to be considered the Government's Agreed Motion Seeking a Protective Order Pursuant to Federal Rule of Criminal Procedure 16(d), in the above entitled and numbered cause, and the Court having considered the same, makes the following order, in granting the Government's motion.

IT IS ORDERED that until further order of this Court: (1) dissemination of the discovery materials in this case to any person other than the Defendants' counsel of record in the instant proceeding is prohibited; (2) Defendants' counsel is prohibited from disclosing information contained in the discovery materials to anyone other than their respective clients in this case; (3) Defense counsel is prohibited from providing a copy of the discovery materials to the Defendants, although the information may be shown to the Defendants by their respective attorneys; and, (4) Defense counsel is ordered to return all discovery to the Government at the conclusion of this case. The Government agrees to maintain the discovery in its file for a period of seven years from the date of Judgement and Commitment. The Government further agrees to make the discovery

available for review by Defense counsel within that seven-year timeframe, with prior reasonable notice.

IT IS FURTHER ORDERED that this Protective Order applies to the Defendants and their counsel of record, to include any employee, investigator, co-counsel or associated individual of such counsel having access to the discovery in this case.

IT IS FURTHER ORDERED that the discovery deadline is tolled by the pendency of the Government's Agreed Motion.

SIGNED AND ENTERED this 3rd day of Feb, 2017.

_____
DAVID GUADERRAMA
UNITED STATES DISTRICT JUDGE